ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| BreakPoint Labs, LLC | )    ASBCA No. 64232 |
| | ) |
| Under Contract No. N00178-23-C-2402 | ) |

APPEARANCES FOR THE APPELLANT:    Lauren R. Brier, Esq.
    Abigail H. Finan, Esq.
     PilieroMazza PLLC
     Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Allison M. McDade, Esq.
     Navy Chief Trial Attorney
    Stephanie R. Kearney-Quilling, Esq.
     Trial Attorney
     Dahlgren, VA

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: August 18, 2025

OWEN C. WILSON
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 64232, Appeal of BreakPoint Labs, LLC, rendered in conformance with the Board's Charter.

Dated: August 19, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals